# EXHIBIT A

STATE OF ILLINOIS   )
                    )  SS.
COUNTY OF COOK      )

                    The APRIL 2017 Grand Jury of the
                    Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of
the People of the State of Illinois, upon their oaths present that on
or about December 16, 2016 at and within the County of Cook

                         Santo Lozoya
                         Jose Martinez

committed the offense of      FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR
KNOWINGLY SHOT AND KILLED CRISPIN COLIZ WHILE ARMED WITH A FIREARM,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(a)(1) OF THE ILLINOIS
COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

                         COUNT NUMBER 1
                         CASE NUMBER 17cr-5489
                         CHARGE ID CODE: 0735000

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

Santo Lozoya
Jose Martinez

committed the offense of        FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, SHOT AND KILLED CRISPIN COLIZ WHILE ARMED WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG PROBABILITY OF DEATH OR GREAT BODILY HARM TO CRISPIN COLIZ,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 2
CASE NUMBER 17cr-5489
CHARGE ID CODE: 0735100

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

                    Santo Lozoya
                    Jose Martinez

committed the offense of       ATTEMPT FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, WITH INTENT TO KILL, DID AN ACT, TO WIT: SHOT AT JOSE COLIZ WHILE ARMED WITH A FIREARM, WHICH CONSTITUTED A SUBSTANTIAL STEP TOWARDS THE COMMISSION OF FIRST DEGREE MURDER,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 8-4(a)(CHAPTER 720 ACT 5 SECTION 9-1(a)(1)) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.


                    COUNT NUMBER 3
                    CASE NUMBER 17cr-5489
                    CHARGE ID CODE: A0735000

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

Santo Lozoya
Jose Martinez

committed the offense of          ATTEMPT FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, WITH INTENT TO KILL, DID AN ACT, TO WIT: SHOT AT JORGE COLIZ WHILE ARMED WITH A FIREARM, WHICH CONSTITUTED A SUBSTANTIAL STEP TOWARDS THE COMMISSION OF FIRST DEGREE MURDER,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 8-4(a)(CHAPTER 720 ACT 5 SECTION 9-1(a)(1)) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 4
CASE NUMBER 17cr-5489
CHARGE ID CODE: A0735000

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of
the People of the State of Illinois, upon their oaths present that on
or about December 16, 2016 at and within the County of Cook

                    Santo Lozoya
                    Jose Martinez

committed the offense of        ATTEMPT FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, WITH INTENT TO KILL, DID
AN ACT, TO WIT: SHOT AT AMANDA VAZQUEZ WHILE ARMED WITH A FIREARM,
WHICH CONSTITUTED A SUBSTANTIAL STEP TOWARDS THE COMMISSION OF FIRST
DEGREE MURDER,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 8-4(a)(CHAPTER 720 ACT 5
SECTION 9-1(a)(1)) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED
AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

                    COUNT NUMBER 5
                    CASE NUMBER 17cr-5489
                    CHARGE ID CODE: A0735000

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

                        Santo Lozoya
                        Jose Martinez

committed the offense of        ATTEMPT FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, WITH INTENT TO KILL, DID AN ACT, TO WIT: SHOT AT ANGIE SANTIN WHILE ARMED WITH A FIREARM, WHICH CONSTITUTED A SUBSTANTIAL STEP TOWARDS THE COMMISSION OF FIRST DEGREE MURDER,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 8-4(a)(CHAPTER 720 ACT 5 SECTION 9-1(a)(1)) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.


                        COUNT NUMBER 6
                        CASE NUMBER 17cr-5489
                        CHARGE ID CODE: A0735000

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of
the People of the State of Illinois, upon their oaths present that on
or about December 16, 2016 at and within the County of Cook

                    Santo Lozoya
                    Jose Martinez

committed the offense of       AGGRAVATED DISCHARGE OF A FIREARM

in that THEY, KNOWINGLY DISCHARGED A FIREARM IN THE DIRECTION OF A
VEHICLE THEY KNEW OR REASONABLY SHOULD HAVE KNOWN TO BE OCCUPIED BY A
PERSON, TO WIT: JOSE COLIZ,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.2(a)(2) OF THE
ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.


                    COUNT NUMBER 7
                    CASE NUMBER 17cr-5489
                    CHARGE ID CODE: 1214850

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

Santo Lozoya
Jose Martinez

committed the offense of      AGGRAVATED DISCHARGE OF A FIREARM

in that THEY, KNOWINGLY DISCHARGED A FIREARM IN THE DIRECTION OF A VEHICLE THEY KNEW OR REASONABLY SHOULD HAVE KNOWN TO BE OCCUPIED BY A PERSON, TO WIT: JORGE COLIZ,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.2(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 8
CASE NUMBER 17cr-5489
CHARGE ID CODE: 1214850

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

                        Santo Lozoya
                        Jose Martinez

committed the offense of        AGGRAVATED DISCHARGE OF A FIREARM

in that THEY, KNOWINGLY DISCHARGED A FIREARM IN THE DIRECTION OF A VEHICLE THEY KNEW OR REASONABLY SHOULD HAVE KNOWN TO BE OCCUPIED BY A PERSON, TO WIT: AMANDA VAZQUEZ,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.2(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.


                        COUNT NUMBER 9
                        CASE NUMBER 17cr-5489
                        CHARGE ID CODE: 1214850

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

                    Santo Lozoya
                    Jose Martinez

committed the offense of      AGGRAVATED DISCHARGE OF A FIREARM

in that THEY, KNOWINGLY DISCHARGED A FIREARM IN THE DIRECTION OF A VEHICLE THEY KNEW OR REASONABLY SHOULD HAVE KNOWN TO BE OCCUPIED BY A PERSON, TO WIT: ANGIE SANTIN,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.2(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.


                    COUNT NUMBER 10
                    CASE NUMBER 17cr-5489
                    CHARGE ID CODE: 1214850

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

                        Santo Lozoya
                        Jose Martinez

committed the offense of        AGGRAVATED DISCHARGE OF A FIREARM

in that THEY, KNOWINGLY DISCHARGED A FIREARM IN THE DIRECTION OF ANOTHER PERSON, TO WIT: JOSE COLIZ,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.2(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                        COUNT NUMBER 11
                        CASE NUMBER 17cr-5489
                        CHARGE ID CODE: 1214850

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

                    Santo Lozoya
                    Jose Martinez

committed the offense of        AGGRAVATED DISCHARGE OF A FIREARM

in that THEY, KNOWINGLY DISCHARGED A FIREARM IN THE DIRECTION OF ANOTHER PERSON, TO WIT: JORGE COLIZ,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.2(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                    COUNT NUMBER 12
                    CASE NUMBER 17cr-5489
                    CHARGE ID CODE: 1214850

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

                           Santo Lozoya
                           Jose Martinez

committed the offense of        AGGRAVATED DISCHARGE OF A FIREARM

in that THEY, KNOWINGLY DISCHARGED A FIREARM IN THE DIRECTION OF ANOTHER PERSON, TO WIT: AMANDA VAZQUEZ,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.2(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                           COUNT NUMBER 13
                           CASE NUMBER 17cr-5489
                           CHARGE ID CODE: 1214850

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about December 16, 2016 at and within the County of Cook

                      Santo Lozoya
                      Jose Martinez

committed the offense of      AGGRAVATED DISCHARGE OF A FIREARM

in that THEY, KNOWINGLY DISCHARGED A FIREARM IN THE DIRECTION OF ANOTHER PERSON, TO WIT: ANGIE SANTIN,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.2(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                      COUNT NUMBER 14
                      CASE NUMBER 17cr-5489
                      CHARGE ID CODE: 1214850